IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MICHAEL L. FULENWIDER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 4:19-cv-02556 |
| | § | |
| **RADIUS GLOBAL SOLUTIONS LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Michael L. Fulenwider, and Defendant, Radius Global Solutions LLC, hereby stipulate to the dismissal of the above-styled case and that any claims that were raised or could have been raised in this action be dismissed with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ *Nathan C. Volheim*  
Nathan C. Volheim  
Taxiarchis Hatzidimitriadis  
Sulaiman Law Group, Ltd.  
2500 South Highland Avenue, Suite 200  
Lombard, IL 60148  
Telephone: (630) 575-8181  
Facsimile: (630) 575-8188  
nvolheim@sulaimanlaw.com  
thatz@sulaimanlaw.com  

*Attorneys for Plaintiff*

/s/ *Whitney L. White*  
Whitney L. White  
TX Bar No. 24075269  
S.D. TX Bar No. 1330256  
SESSIONS, FISHMAN, NATHAN & ISRAEL  
900 Jackson Street, Suite 440  
Dallas, Texas 75202  
Telephone: (214) 741-3001  
Facsimile: (214) 741-3098  
Email: wwhite@sessions.legal  

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim
