United States District Court
Southern District of Texas
**ENTERED**
February 13, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL L. FULENWIDER,<br><br>Plaintiff,<br><br>v.<br><br>RADIUS GLOBAL SOLUTIONS LLC,<br><br>Defendant. | §§§§§§§§§§ | Case No. 4:19-cv-02556 |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties, Plaintiff, Michael L. Fulenwider, and Defendant, Radius Global Solutions LLC, filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: February 13, 2020

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE